No. 94–7232. LYONS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7233. PLEDGER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–7234. OSORIO-ARCE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7235. OVALLE-SALCEDO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7240. DORSEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7241. JOHNSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7242. HARRIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–7245. HOYLE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7247. EDWARDS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7248. TREECE *v.* WATERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7249. BERKERY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7252. BEYAH *v.* SENKOWSKI. C. A. 2d Cir. Certiorari denied.

No. 94–7255. HASSAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7256. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–7257. VALENCIA-VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7258. FRANCISCO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.